**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Arturo Galeana, on behalf of himself and all other persons similarly situated,<br><br>    Plaintiff,<br><br>    - vs. -<br><br>Desi Galli Inc., Second Desi Galli, LLC d/b/a Desi Galli, and Priavanda Chouhan,<br><br>    Defendants. | DOCKET NO. 19-cv-1901 (PGG) (SDA)<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on February 28, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on defendants as follows: (1) on defendant Second Desi Galli, LLC d/b/a Desi Galli by serving the New York Secretary of State in accordance with Business and Corporation Law § 306(b)(1) on March 18, 2019; (2) on defendant Priavanda Chouhan by delivery to a person of suitable age and discretion, at her actual place of business and mailing it to her at her actual place of business on April 25, 2019; and (3) on defendant Desi Galli Inc. by service on a general agent of the corporation on April 25, 2019; and proofs of service having been filed on April 1, 2019 and May 9, 2019; and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against defendants Desi Galli Inc., Second Desi Galli, LLC d/b/a Desi Galli, and Priavanda Chouhan, jointly and severally, in the liquidated amount of $130,987.50, plus attorneys' fees, costs and disbursements of this action in the amount of $7,155.00 amounting in all to $138,142.50.

Dated: New York, NY
       January 16, 2020

        SO ORDERED:

*[signature: Paul G. Gardephe]*
PAUL G. GARDEPHE
United States District Judge

This document was entered on the docket on _____.